UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL CULVER and
DIANE CULVER,

    Plaintiffs,

                                               Case No. 06-14948
-vs-                                       Hon: AVERN COHN

UNITED STATES OF AMERICA,

    Defendant,

                                  /

## ORDER ALLOWING INCREASE IN *AD DAMNUM* CLAUSE

This is a Federal Tort Act case. Plaintiffs have moved to increase the *ad damnum* clause to an amount in excess of the claim presented to the federal agency, in this case, the United States Postal Service. The grounds for the motion are that there is newly discovered evidence not reasonably discoverable at the time the claim was presented to the agency which establishes severe injuries to plaintiffs. The government opposes the motion. The motion is GRANTED without prejudice to the government's position that there is no such evidence. A question of fact is implicated in the motion which requires resolution at trial.

    SO ORDERED.


Dated: April 21, 2008                               s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 21, 2008, by electronic and/or ordinary mail.

                                                                s/Julie Owens
                                                                 Case Manager, (313) 234-5160